UNITED STATES, Appellee

v

JOSEPH N. WEINSTEIN, Airman Second Class,
U. S. Air Force, Appellant

11 USCMA 599, 29 CMR 415

No. 14,056

Decided July 1, 1960

*Lieutenant Colonel James L. Kilgore* and *Major Quincey W. Tucker, Jr.,* were on the brief for Appellant, Accused.

*Colonel John F. Hannigan* and *Captain Richard T. Yery* were on the brief for Appellee, United States.

## Opinion of the Court

HOMER FERGUSON, Judge:

Written depositions were read in evidence at accused's trial by general court-martial over defense objection that their use denied him the right to confront the witnesses against him. Such action constituted prejudicial error. United States v Jacoby, 11 USCMA 428, 29 CMR 244; United States v Petterson, 11 USCMA 502, 29 CMR 318.

The decision of the board of review is reversed, and the record of trial is returned to The Judge Advocate General of the Air Force. A rehearing may be ordered.

Chief Judge QUINN concurs.

Judge LATIMER dissents.